# EXHIBIT A



# United Credit Service, Inc.

15 N Lincoln Street  
PO Box 740  
Elkhorn WI 53121-0740  

Phone: 262-743-2902  
E-mail: ucsinc@unitedcreditservice.com  
Web: www.unitedcreditservice.com  

**A Licensed Debt Collection Agency**

STEPHEN M BLOODWORTH  
N9154 Beggan Ln  
Watertown WI 53094-9560  

March 20, 2015

* * * *     FURTHER DELAY CANNOT BE TOLERATED     * * * * *

IF PAYMENT IS NOT RECEIVED IN THIS OFFICE WITHIN FIVE DAYS,

WE WILL CONSIDER OTHER METHODS OF ENFORCING COLLECTION.

Re:

```
STEPHEN M BLOODWORTH           $36.57   06/02/2014  WATERTOWN REGIONAL MEDICAL CENTER      2435
STEPHEN M BLOODWORTH          $197.13   07/09/2014  WATERTOWN REGIONAL MEDICAL CENTER      2439
                   Total   ** $233.70 **
```

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

This collection agency is not a credit service organization as that term is used in S.422.501 of the WI Statutes.

THIS COLLECTION AGENCY IS LICENSED BY THE DIVISION OF BANKING IN THE WISCONSIN DEPARTMENT OF FINANCIAL INSTITUTIONS, www.wdfi.org.

By sending your check, please be aware that you are authorizing United Credit Service, Inc. to use information on your check to make a one-time electronic debit from your account at the financial institution indicated on your check. This electronic debit will be for the amount of your check; no additional amount will be added to the transaction. <If we cannot collect your electronic payment, we will issue a draft against your account>.

Pay Online at: www.unitedcreditservice.com

---

IF YOU WISH TO PAY BY CREDIT CARD GO TO www.unitedcreditservice.com.

  

Please detach the lower portion of this letter and return with your payment.

Pay Online at: www.unitedcreditservice.com

Please make checks payable to:  
**United Credit Service, Inc.**

ID #:     0148  
Total Due:     $233.70

**Remit Payment To:**  
United Credit Service, Inc.  
PO BOX 740  
ELKHORN WI 53121-0740

STEPHEN M BLOODWORTH  
N9154 Beggan Ln  
Watertown WI 53094-9560

Y184A440C9

PO BOX 740
ELKHORN WI 53121-0740
ADDRESS SERVICE REQUESTED



PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
**PAID**
HATTERAS

0008120024015760759253094956054-1YA–Y184A440C9 320

STEPHEN M BLOODWORTH
N9154 Beggan Ln
Watertown WI 53094-9560

