UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

STEPHEN M. BLOODWORTH,
                              Plaintiff,

v.                                                                  Case No. 15-cv-502

PETER B. KING, ATTORNEY AT LAW, S.C.,
                              Defendant.
_____

## ORDER

      This is an action under Fair Debt Collection Practices Act. An initial scheduling conference in this matter is scheduled for June 28, 2016, at 11:00 a.m. pursuant to Fed. R. Civ. P. 16(b). On June 17, plaintiff Stephen Bloodworth filed an expedited motion requesting an extension of time to respond to defendant's written discovery requests given the fact that defendant's counsel recently withdrew and plaintiff has been unclear as to whether he should be communicating with defendant's previous counsel or with defendant directly. He also requests that I convert the June 28 conference from a scheduling conference to a status conference to address discovery issues.

      Defendant has responded to the motion and indicates that he does not object to the requested extension of time for responding to its discovery requests. Therefore, I will grant plaintiff's request for an extension. Defendant also clarified the questions plaintiff raised in his motion regarding the discovery requests, and thus I see no need to convert the scheduling conference to a status conference. Both parties have submitted Rule 26(f) reports, and thus we will proceed to schedule discovery at the June 28

conference. If plaintiff has additional questions regarding defendant's representation or discovery requests, we can also address those at the conference.

**THEREFORE, IT IS ORDERED** that plaintiff's expedited motion for extension of time and to clarify is **GRANTED** in part and **DENIED** in part. Plaintiff shall have until **July 29, 2016**, to respond to defendant's written discovery requests. Further, the June 28, 2016 conference will address discovery scheduling and any outstanding issues.

Dated at Milwaukee, Wisconsin, this 23rd day of June, 2016.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge